PROB 12C
(7.93)

Report Date: October 22, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 26 2010

JAMES R LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Lien                Case Number: 2:08CR02068-001

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 5/8/2009

Original Offense:     Aggravated Identity Theft, 18 U.S.C. § 1028A

Original Sentence:    Prison - 24 Months;              Type of Supervision: Supervised Release
                      TSR - 12 Months

Asst. U.S. Attorney:  Alexander Carl Ekstrom           Date Supervision Commenced: 10/15/2010

Defense Attorney:     Kraig Gardner                    Date Supervision Expires: 10/14/2011

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Lien failed to report to the probation office within 72 hours of his release from custody as of October 15, 2010.<br><br>On June 18, 2010, Mr. Lien signed his supervision release plan and acknowledged he must report in person to the United States Probation Office with 72 hours of release. According to Mr. Lien's case manager from the Federal Corrections Institute Sheridan, Oregon, on October 15, 2010, the defendant was released from custody and issued a Greyhound Bus ticket to Yakima, Washington, scheduled to arrive this same date at 3:35 p.m. Mr. Lien has yet to report to the probation office and his whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/22/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/26/10
Date