PROB 12B
(7/93)

Report Date: January 10, 2012

# United States District Court

**for the**

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Robert Lien | Case Number: 2:08CR02068-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

| | |
|---|---|
| Date of Original Sentence: 5/8/2009 | Type of Supervision: Supervised Release |
| Original Offense: Aggravated Identity Theft, 18 U.S.C. § 1028A | Date Supervision Commenced: 1/25/2011 |
| Original Sentence: Prison - 24 Months; TSR - 12 Months | Date Supervision Expires: 9/22/2012 |

## PETITIONING THE COURT

To remove the following special condition of supervision:

20      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On January 25, 2011, Mr. Lien appeared before Your Honor on a supervised release revocation hearing. The defendant's supervision was revoked and he was sentenced to credit for time served, followed by 10 months of supervised release. Mr. Lien was also ordered to reside at an RRC for up to 180 days.

On November 25, 2011, Mr. Lien was released from the Washington State Department of Corrections after serving his sentence for first degree attempted theft, cause number 08-1-00212-1. On this date, Mr. Lien entered the Spokane RRC as required. The primary reason for RRC placement was due to the defendant not having significant ties in the community nor having a release address. Mr. Lien submitted a release plan to reside with his stepmother, Florence Smith, in Yakima, Washington. This officer had the opportunity to meet with Ms. Smith at her residence and found her residence to be suitable.

This officer respectfully recommends the above-noted special condition be removed, based on the defendant's compliance while at the RRC, and Ms. Smith's willingness to allow the defendant to reside at her residence. It does not appear that continuing RRC placement would be beneficial for the defendant at this time.

Prob 12B
**Re: Lien, Robert**
**January 10, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/10/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Removal of Condition Noted Above
[ ] Other

Signature of Judicial Officer

1/11/12
Date